Claudia **TORRES–TORRES**, Petitioner,

v.

John **ASHCROFT**, Attorney General, Respondent.

No. 02–74267.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 12, 2003.

John L. Ogletree, Law Office of John L. Ogletree, Los Angeles, CA, for Petitioner.

Regional Counsel, Immigration & Naturalization Service, Laguna Niguel, CA, Los Angeles District Counsel, Office of the District Counsel, Los Angeles, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, David V. Bernal, Attorney, Regina Byrd, Attorney, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before GOODWIN, WALLACE, and MCKEOWN, Circuit Judges.

Ashcroft, Attorney General, is the proper respondent. The Clerk shall amend the docket to reflect the above caption.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

## MEMORANDUM **

Claudia Torres–Torres, a native and citizen of Columbia, petitions for review of the Board of Immigration Appeals' summary affirmance without opinion under 8 C.F.R. § 3.1(e)(4), of an Immigration Judge's denial of her application for cancellation of removal and adjustment of status. Torress–Torress' sole contention on appeal is that she was denied due process because the BIA's summary affirmance procedure was so deficient as to deny her due process. Torress–Torress' assertion is foreclosed by this court's decision in *Carriche v. Ashcroft*, 350 F.3d 845 (9th Cir.2003).

PETITION FOR REVIEW DENIED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

